IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| KIMLY CHUM | : | NO. 2012-507-2 |

O R D E R

AND NOW, this **13th** **day** of **November, 2014**, it is Ordered that the government's oral motion, made at the 11-12-2014 sentencing in CR 2013-684-1, to dismiss the indictment in CR 2012-507-2 is **GRANTED**.

ATTEST:     or     BY THE COURT

BY: _____      _____
     Deputy Clerk                      Judge

Civ 12 (9/83)

**XC: SPEEDY TRIAL**
    **U.S. PROBATION OFFICE**
    **U.S. PRETRIAL SERVICES**

**Copies ecmf on** _____ **to:**      Copies mailed on 11-13-2014 to:
Kimly Chum, Deft. #2